Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email:  azorio@bhfs.com

Jennifer Ryback
(*pro hac vice* admission pending)
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, Texas 75201
Telephone: (21) 954-6800
Facsimile: (214) 954-6868
Email:  jryback@mcslaw.com

*Attorneys for Defendant Catalyst*
*Corporate Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORITA L. HINES,<br><br>               Plaintiffs,<br><br>v.<br><br>CATALYST CORPORATE FEDERAL CREDIT UNION, EARLY WARNING SERVICES, LLC, and WELLS FARGO BANK NA,<br><br>               Defendants. | CASE NO.: 2:20-cv-00733-RBF-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS Plaintiffs filed their Complaint on April 23, 2020.

WHEREAS Defendant Catalyst Corporate Federal Credit Union accepted service of the Summons and Complaint on May 14, 2020.

WHEREAS a response to the Complaint is due by Defendant Catalyst Corporate Federal Credit Union on June 4, 2020.

1

WHEREAS due to defense counsel and local counsel having just been retained, and the complexity of the issues, the parties have stipulated to extend the date for Defendant Catalyst Corporate Federal Credit Union to respond to the Complaint to June 26, 2020.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their attorneys of record that the deadline to serve a response to Plaintiff's Complaint shall be extended from June 4, 2020 to June 26, 2020.

Dated: June 3, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Miles N. Clark* | */s/ Arthur A. Zorio* |
| David H Krieger, Esq | Arthur A. Zorio (NV Bar No. 6547) |
| Nevada Bar No 9086 | BROWNSTEIN HYATT FARBER |
| KRIEGER LAW GROUP LLC | SCHRECK, LLP |
| 500 N Rainbow Blvd., Suite 300 | 5371 Kietzke Lane |
| Las Vegas, NV 89107 | Reno, NV 89511 |
| Telephone: (702) 848-3855 | Telephone: (775) 324-4100 |
| Email: dkrieger@knegeilawgroup.com | E-mail: azorio@bhfs.com |
| | |
| Matthew I. Knepper, Esq | Jennifer Ryback |
| Nevada Bar No 12796 | (*pro hac vice* admission pending) |
| Miles N. Clark, Esq | MCGUIRE, CRADDOCK & STROTHER, P.C. |
| Nevada Bar No 13848 | 500 N. Akard Street, Suite 2200 |
| ICNEPPER & CLARK LLC | Dallas, TX 75201 |
| 5510 S Fort Apache Rd, Suite 30 | Telephone: (21) 954-6800 |
| Las Vegas, NV 89148-7700 | Email: jryback@mcslaw.com |
| Telephone: (702) 856-7430 | |
| Email: matthew.kneppei@krtepperclark.com | *Attorneys for Defendant Catalyst Corporate Federal Credit Union* |
| Email: miles.clark@knepperclark.com | |

*Attorneys for Plaintiff Lorita L. Hines*

**IT IS SO ORDERED**:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: June 4, 2020

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 3rd day of June, 2020, I served the document entitled, **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**, on counsel of record through the CM/ECF system.

/s/ *Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP

3