Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

Meagan A. Mihalko, Esq. (VSB No. 80703)
*Pro hac vice*
TROUTMAN SANDERS LLP
1001 Haxall Pt.
Richmond, Virginia 23219
Telephone: 804-697-1281
meagan.mihalko@troutman.com

*Attorneys for Defendant
Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORITA L. HINES, <br><br> Plaintiff, <br><br> vs. <br><br> CATALYST CORPORATE FEDERAL CREDIT UNION; EARLY WARNING SERVICES, LLC; and WELLS FARGO BANK, NA, <br><br> Defendants. | Case No. 2:20-CV-00733-RFB-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT** <br> **(Second Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Lorita L. Hines ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 31, 2020. In support of the Stipulation, the parties state the following:

1. EWS signed a waiver of service on or around April 28, 2020 making its responsive pleading due on or around June 29, 2020.

2. The undersigned counsel for EWS was retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. The parties previously stipulated to extending EWS's responsive pleading deadline through July 20, 2020.

4. Since that time, the parties have been engaged in meaningful settlement discussions that would include a resolution of all pending claims.

5. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

6. This is the second request to extend the deadline for EWS to file its responsive pleading.

7. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

8. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 31, 2020

1  DATED: July 21, 2020

3  KNEPPER & CLARK LLC                    TROUTMAN SANDERS LLP

4  By: */s/ Miles N. Clark*                    By: */s/ Meagan A. Mihalko*
   Matthew I. Knepper, Esq. (NSBN 12796)        Laura R. Jacobsen, Esq. (NSBN13699)
   Miles N. Clark, Esq. (NSBN 13848)            Jason B. Sifers, Esq. (NSBN 14273)
   5510 S. Fort Apache Rd., Suite 30            McDONALD CARANO LLP
   Las Vegas, NV 89418-7700                     2300 West Sahara Avenue, Suite 1200
   matthew.knepper@knepperclark.com             Las Vegas, Nevada 89102
   miles.clark@knepperclark.com                 ljacobsen@mcdonaldcarano.com
                                                jsifers@mcdonaldcarano.com
   KRIEGER LAW GROUP LLC
   David H. Krieger, Esq. (NSBN 9086)           Meagan A. Mihalko (VSB No. 80703)
   500 N. Rainbow Blvd., Suite 300              *Admitted pro hac vice*
   Las Vegas, NV 89107                          1001 Haxall Pt.
   dkrieger@kriegerlawgroup.com                 Richmond, VA 23219
                                                meagan.mihalko@troutman.com
   *Attorneys for Plaintiff*
   *Lorita L. Hines*                            *Attorneys for Defendant*
                                                *Early Warning Services, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2020

3

108915832v2